GENERAL INVESTMENT CORPORATON and Another v. ERNEST B. WARRINER and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. AMBASSADOR HOTEL CORPORATION v. WILLIAM STANLEY MILLER, as President of the Board of Taxes and Assessments of the City of New York, and Others. (Tax Year 1935.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK AMBASSADOR, INC., v. WILLIAM STANLEY MILLER, etc. (Tax Year 1936.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK AMBASSADOR, INC., v. WILLIAM STANLEY MILLER, etc. (Tax Year 1937.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK AMBASSADOR, INC., v. WILLIAM STANLEY MILLER, etc. (Tax Year 1938 and First Half of 1939.) (Proceedings Consolidated under Title of 1938 Proceeding.) — Motion for leave to appeal to the Court of Appeals, or for a reargument and for a stay denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CLINTON TRUST COMPANY v. COMPANIA AZUCARERA CENTRAL RAMONA S. A., Also Known as RAMONA SUGAR COMPANY. CLINTON TRUST COMPANY v. COMPANIA AZUCARERA CENTRAL MABAY S. A., Also Known as MABAY SUGAR COMPANY.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 861.] Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

UNITED STATES OF AMERICA v. LOUIS H. PINK, Superintendent of Insurance of the State of New York, and as Liquidator of the DOMESTICATED UNITED STATES BRANCH OF THE FIRST RUSSIAN INSURANCE COMPANY, ESTABLISHED IN 1827, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 871.] Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

UNITED STATES OF AMERICA v. LOUIS H. PINK, Superintendent of Insurance of the State of New York, and as Liquidator of the DOMESTICATED UNITED STATES BRANCH OF THE FIRST RUSSIAN INSURANCE COMPANY, ESTABLISHED IN 1827, Impleaded, etc. — Motion for a stay pending the determination of the appeal to the Court of Appeals granted to the extent stated in order. [See ante, pp. 871, 886.] Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of SAMUEL M. BRODY, for Reinstatement as an Attorney and Counsellor-at-Law.— Motion denied. [See 243 App. Div. 104.] Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.